FILED
LODGED
RECEIVED

MAIL

JAN 26 2026

## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                    DEPUTY

### APPLICATION TO PROCEED IN FORMA PAUPERIS

I, Shaylee Jackson, declare under penalty of perjury that I am unable to pay the filing fee for this action without undue hardship.

3:26-cv-05084-TMC

1. I am the Plaintiff in this action and am proceeding pro se.
2. I am currently unemployed or underemployed and have limited income.
3. I am responsible for the care and support of minor children.
4. I do not have sufficient funds, assets, or property to pay the required filing fee.
5. Payment of the filing fee would cause substantial financial hardship.

I respectfully request that the Court grant me permission to proceed without prepayment of fees or costs pursuant to 28 U.S.C. § 1915.

I understand that I must notify the Court of any change in my financial circumstances.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20 day of January, 2026

Shaylee Jackson
Plaintiff, Pro Se